UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IES, LLP, et al., <br><br> Defendants. | : <br> : <br> : <br> : Civil Action No. 22-4064 <br> : <br> : <br> : <br> : <br> : <br> : |

## **JUDGMENT BY CONFESSION**

AND NOW, this 3rd day of August, 2023, it appearing from the records in the above entitled action that the Plaintiffs, Trustees of the National Elevator Industry Pension Fund, Health Benefit Plan, and Educational Plan, Trustees of the Elevator Industry Work Preservation Fund, and Trustees of the Elevator Constructors Annuity and 401(K) Retirement Plan, have filed a complaint in confession of judgment;

It is hereby **ORDERED** as follows:

1) The Clerk of Court shall enter judgment in favor of Plaintiffs, Trustees of the National Elevator Industry Pension Fund, Health Benefit Plan, and Educational Plan, Trustees of the Elevator Industry Work Preservation Fund, and Trustees of the Elevator Constructors Annuity and 401(K) Retirement Plan against Defendants IES, LLP and Raymond Kuntz, jointly and severally, in the amount of $77,406.96, with post-judgment interest to accrue at the statutory rate;

2) That the Clerk of Court shall transmit a copy of this Order to all counsel of record and to the Defendants; and

3)     That the Clerk of Court shall close this case.

BY THE COURT:

_____

Hon. Mia R. Perez